```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

WEST COAST 2014-7, LLC,

                Plaintiff,              MEMORANDUM & ORDER
                                        21-CV-4314(EK)(SIL)
        -against-

RAJKUMARIE CHANDIPERSAUD and KASA
LITHUANIAN FEDERAL CREDIT UNION,

                Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Locke's Report and Recommendation (R&R) dated July 1, 2022. ECF No. 18. Judge Locke recommends that Plaintiff be awarded damages in the amount of $90,881.12, as well as (1) *per diem* interest of $11.41 until judgment is entered and (2) post-judgment interest pursuant to 28 U.S.C. § 1961(a), against Defendant Rajkumarie Chandipersaud. Additionally, Judge Locke recommends that Plaintiff's request for attorney's fees be denied without prejudice and with leave to renew upon the submission of the appropriate supporting documentation. Finally, Judge Locke recommends that an Order similar to Plaintiff's Proposed Judgment of Foreclosure and Sale, ECF No. 13-3, but consistent with Judge Locke's Report and Recommendation, be entered and that Kevin Snover, Esq. be appointed Referee to effectuate the sale of the property at

issue.  In response, Plaintiff has filed a motion for attorney's fees, ECF No. 20, which is now pending.

Neither party has filed objections, and the time to do so has expired.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, I grant Plaintiff's motion for default judgment.  Plaintiff is awarded damages in the amount of $90,881.12, plus *per diem* interest of $11.41 until judgment is entered and post-judgment interest pursuant to 28 U.S.C. § 1961(a), against defendant Rajkumarie Chandipersaud.  Kevin Snover, Esq. is appointed Referee to effectuate the sale of the property that is the subject of the mortgage.  By October 6, 2022, Plaintiff shall file a revised Proposed Judgment of Foreclosure that conforms to Judge Locke's R&R.  Plaintiff's pending request for attorney's fees is respectfully referred to Judge Locke for a Report and Recommendation.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   September 29, 2022
        Brooklyn, New York