```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  WEST COAST 2014-7, LLC,

                      Plaintiff,            MEMORANDUM & ORDER
                                             21-CV-4314(EK)(SIL)
             -against-

  RAJKUMARIE CHANDIPERSAUD and KASA
  LITHUANIAN FEDERAL CREDIT UNION,

                      Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Locke's Report and Recommendation (R&R) dated November 28, 2022. ECF No. 24. Judge Locke recommends that Plaintiff's motion for attorney's fees be denied without prejudice and with leave to renew. Neither party has filed objections, and the time to do so has expired. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, Plaintiff's motion for attorney's fees is

denied without prejudice and with leave to renew, consistent with Judge Locke's R&R.

    SO ORDERED.

                                  /s/ Eric Komitee
                              ERIC KOMITEE
                              United States District Judge

Dated:    March 30, 2023
           Brooklyn, New York